## STATE of Missouri, Respondent,

v.

## Eric McCARTY, Appellant.

### No. ED 99231.

Missouri Court of Appeals,
Eastern District.

May 20, 2014.

Andrew S. Garnett, Mexico, MO, for Appellant.

Robert E. Rapp, New London, MO, for Respondent.

Before ROY L. RICHTER, P.J., MARY R. RUSSELL, SP. J., and GARY M. GAERTNER, JR., J.

#### ORDER

PER CURIAM.

Following a bench trial, Eric McCarty ("Defendant") now appeals from the trial court's judgment finding Defendant guilty of fraudulently stopping payment on an instrument, in violation of Section 570.125.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).